Decided 7 October, 1901.

ON SECOND PETITION FOR REHEARING.

A petition to modify the computation of values set out in the opinion rendered 24 June, 1901, was overruled. No opinion.                              REHEARING DENIED.

Argued 21 January; decided 1 April, 1901.

GUARANTY SAVINGS ASSOCIATION *v.* TAYLOR.

[64 Pac. 1117.]

From Multnomah · ALFRED F. SEARS, JR., Judge.

For appellant there was a brief over the names of *Guy G. Willis* and *Fred L. Keenan*, with an oral argument by *Mr. Willis.*

For respondent there was a brief over the names of *Wm. Reid, Dell Stuart* and *J. Wesley Bell*, with an oral argument by *Mr. Stuart.*

MR. CHIEF JUSTICE BEAN delivered the opinion.

The facts in this case are the same as in *Guaranty Loan Association* v. *Osburn,* 38 Or. ——, and the same judgment will be entered herein.                          REVERSED.

Decided 22 April, 1901.

HOWELL *v.* DAVIS.

Appeal from Lincoln County.

Suit by J. H. Howell and others against Geo. W. Davis and others for possession of the land on which is situated the Pioneer Stone Quarry. Plaintiffs appeal.     DISMISSED.

*Mr. Geo. G. Bingham,* for appellants.

*Mr. Cicero M. Idleman,* for respondents.

Pursuant to the stipulation of the parties, the appeal was dismissed. No opinion.     .     DISMISSED.